5/26/70 ORDER TO SHOW CAUSE AND NOTICE OF HEARING - 6/26/70, Washington, D. C. Copies to counsel (certified mail, return receipt); involved judges; hearing clerk.

6/5/70 1 FILED MOTION TO VACATE AND POSTPONE HEARING by U.S.A.

6/9/70 2 Ltr fr defendants requesting extension of time to respond to sco.

6/10/70 Order granting ext. for all responses to sco to & incl. 6/15/70

6/10/70 Order denying motion of U.S. to vacate and postpone 6/26 hearing.

6/10/70 3 Amendment to SCO adding "B" cases; sent certifed mail, return receipt to involved counsel; involved judges; hearing clerk; and court reporter.

6/10/70 4 Memo of Certain Plaintiffs (Biocraft Laboratories, States of La., Vermont, Florida & City of New York) Responding to OSC.

6/11/70 5 Response of State of Indiana.

6/12/70 6 Brief of U. S. in Response to Panel's Order.

6/15/70 7 Brief of Plaintiff Richard Estey d/b/a Rex Pharmacy (D.C.

6/17/70 8 Brief and Supporting Affidavit of Def. Bristol-Myers Co. Beecham Group Ltd., & Beecham, Inc. (with proof of service).

6/19/70 9 Response of plaintiffs Biocraft Laboratories, City of New York, State of Florida, State of Vermont, State of Louisiana.

6/23/70 10 Response of Plaintiffs Lee's Prescription Shops, Inc., Hospital Development & Service Corp., North Miami General Hospital, Inc.

6/26/70 11 Response by Def. Ankerfarm S.p. A.

6/26/70 12 Motion of (1) Def. Beecham Group Ltd. to dismiss the complaint as to it on the ground of lack of personal jurisdiction and (2) all defs. to transfer this action to the dist. of N.J.

7/7/70 13 Ltr/fr. defendants advising stipulation made today (7/6/70) to Government to respond to various motion-.

7/22/70 CONSENT of transferee court for assignment of litigation to the Distric of Columbia and assignment to Judge John J. Sirica.

7/22/70 OPINION consolidating litigation in the District of Columbia and assigning actions to Judge Sirica. Actions transferred are - three from N.D. Ill.; 1 each from E.D. Pa. and New Jersey; and two from S.D. Florida. Copies of opinion to transferee and transferor judges & clerks, involved counsel, members of Panel and hearing clerk.

7/27/70 MARK DRUGS, INC., ET AL. V. BRISTOL- MYERS CO., ET AL., N.D. ILL., No. 70 C 1742 CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES

8/7/70 MARK DRUGS, INC., ET AL V. BRISTOl-MYERS CO., ET AL., N.D. ILL., No. 70 C 174[illegible] CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

9/11/70 THE STATE OF N.Y., V. BRISTOL-MYERS CO., et al, S.D. N.Y., No. 70 C 3849 CTO ENTERED TODAY SENT TO ALL COUNSEL AND INVOLVED JUDGES

9/29/70 STATE OF N.Y. V. BRISTOL MYERS CO., ET AL., S.D. N.Y., No. 70 C 3849 CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES.

9/30/70 MEDILEN DRUG INC., ET AL V. BRISTOL-MYERS CO., ET AL, S.D. N.Y., No. 70 Civ. 4139. CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES

10/7/70 KUTZA BROS. DRUGS, INC., ET AL. V. BRISTOL MYERS CO., ET AL., N.D. Ill. No. 70C 2247. CTO ENTERED TODAY. SENT TO ALL COUNSEL & VINVOLED JUDGES.

10/16/70 MEDILEN DRUG INC., ET AL V. BRISTOL-MYERS CO., ET AL, S.D. N.Y., No. 70 Civ. 4139. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

10/23/70 KUTZA BROS. DRUGS. INC., et al v. Bristol-Myers Co., et al, N.D. Ill., No. 70C 2247 - CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

11/6/70 SOL S. TURNOFF DRUG DISTRIBUTORS, INC., etc. v. Bristol-Myers Co., et al, E.D. Penn., No. 70-2702. CTO ENTERED TODAY MAILED TO ALL COUNSEL INVOLVED IN LITIGATION AND TO INVOLVED JUDGES

11/10/70 CITY AND COUNTY OF SAN FRANCISCO V. BRISTOL-MYERS CO., et al, N.D. Calif., No. 70-2339 WTS. CTO ENTERED TODAY. SENT TO ALL COUNSEL OF RECORD, AND TO INVOLVED JUDGES.

11/24/70 SOL S. TURNOFF DRUG DISTRIBUTORS, INC. V. BRISTOL MYERS CO., ET AL. E.D. Pa., No. 70-2702. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND JUDGE AND TRANSFEROR CLERK AND JUDGE.

11/27/70 CITY AND COUNTY OF SAN FRANCISCO V. BRISTOL-MYERS CO., et al, N.D. Calif., No. 70-2339-WTS. CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

12/8/70 SOL S. TURNOFF DRUG DISTRIBUTORS, INC., etc. v. Beecham Group Ltd., N.J. No. 1537-70. CTO ENTERED TODAY. SENT TO ALL COUNSEL ( counsel of record), AND INVOLVED JUDGES

12/24/70 SOL S. TURNOFF DRUG DISTRIBUTORS, INC., etc. v. Beecham Group Ltd., N.J. No. 1537-70-. CTO EFFECTIVE TODAY. NOTIFIED TRANSFREE CLERK AND INVOLVED JUDGES.

7/12/71 THE COMMONWEALTH OF PUERTO RICO V. BRISTOL-MYERS, D. PUERTO RICO, CA 208-71 CTO entered today. Notified counsel and involved judges.

7/28/71 THE COMMONWEALTH OF PUERTO RICO V. BRISTOL - MYERS, D. PUERTO RICO, CA 208-71 CTO final today. Notified transferee clerk, transferor clerk and involved judges.

2/12/73 STATE OF MICHIGAN, ETC. V. BRISTOL-MYERS CO., ET. AL., E.D.MICH. 39225 CTO entered today. Notified counsel, involved judges.

2/23/73 STATE OF MICHIGAN, ETC. V. BRISTOL-MYERS CO., ET AL., E.D. Mich., 39225
NOTICE OF OPPOSITION received fr. def. Brsitol-Myers & Beecham
ORDER entered staying execution of 2/12/73 CTO. Notified counsel & judges.
REQUEST OF opponents for ext. of time to file motion to & incl. 3/28/73
ORDER granting opponents ext. of time to file motion to & incl. 3/23/73 only



| Date | Pleading Number | |
|---|---|---|
| 3/26/73 | 15 | STATE OF MICHIGAN V. BRISTOL MYERS CO., E.D. MICHIGAN, 39225<br>Withdrawal of notice of opposition from XXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXX BRISTOL MYERS with concurrence indicated from Beecham ltd., and Beecham, Inc.<br>ORDER - lifting stay of 2/12/73 CTO<br>Conditional Transfer Order final today. Notified transferee clerk involved judges and counsel. |
| 3/28/73 | 16 | BEECHAM GROUP LIMITED AND BEECHAM INC withdrawal of opposition to XX CTO |
| 5/29/73 | | ORDER -- reassigning litigation to JUDGE CHARLES R. RICHEY for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Distribution to involved judges counsel, clerk |

O & O - 7/22/70 313 F. Supp. 317 Closed 8/5/83

DOCKET NO. 50

p. 1

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DC Misc Docket No. 45-70

Description of Litigation

DOCKET NO. 50 - AMPICILLIN ANTITRUST LITIGATION ~~Transferred to J. Sirica 7/22/70~~

Reassd J. Charles R. Richey 5/29/73

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | The State of Indiana, etc. v. Bristol-Myers Co., et al. 2454-70 | N.D. Ill. 70 C 896 | Lynch | D.C. J. Sirica 7/22/70 | 10/2/81D |
| A-2 | ~~The State of Connecticut v. Bristol-Myers Co., et al.~~ 2455-70 dismissed | N.D. Ill. 70 C 931 | " | 1/25/74 | |
| A-3 | ~~The State of New Mexico v. Bristol-Myers Co., et al.~~ 2456-70 dismissed | N.D. Ill. 70 C 932 | " | 5/10/74 | |
| A-4 | United States of America v. Bristol-Myers Co., et al. | D. D.C. 822-70 | Sirica | | |
| A-5 | Biocraft Laboratories, Inc. v. Bristol-Myers Co., et al. | D. D.C. 1002-70 | " | | 8/5/83 Closed |
| A-6 | The State of Louisiana v. Bristol-Myers Co., et al. | D. D.C. 1106-70 | " | | 10/2/81D |
| A-7 | Richard Estey d/b/a Rex Pharmacy v. Bristol-Myers Co., et al. | D. D.C. 1159-70 | " | | 10/20/78 |
| A-8 | City of New York v. Bristol-Myers Co., et al. | D. D.C. 1412-70 | " | | 10/2/81D |
| A-9 | The State of Vermont v. Bristol-Myers Co. et al. | D. D.C. 1514-70 | " | | 10/2/81D |
| A-10 | The State of Georgia v. Bristol-Myers Co., et al | D.C. 3154-70 | Sirica | | 10/2/81D |

TAG-ALONG CASES

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| B-1 | City of Philadelphia v. Bristol-Myers Co. et al. dismissed | E.D. Penn. 70-824 | Higginbotham | | 2451-70 |
| B-2 | The State of Florida v. Bristol-Myers Co. et al | D.C. 1536-70 | Sirica | ATN | 10/2/81D |

DOCKET NO. 50

p. 2

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

AMPICILLIN ANTITRUST LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| B-3 | Beecham Group Limited v. Zenith Laboratories, Inc. 2457-70 | N.J. 526-69 | Whipple | | 9/28/81D |
| B-4 | Lee's Prescription Shops, Inc. v. Bristol-Myers Co., et al. 2452-70 | Fla., S. 70-748-Civ-CF | Fulton | | DIS 10/20/78 |
| B-5 | Hospital Development & Service Corp., et al. v. Beecham, Inc. 2453-70 | Fla., S. 70-749-Civ-TC | Cabot | | DIS 10/20/78 |
| B-6 | State of Illinois v. Bristol-Myers Co., et al. | D. C. 2018-70 | Sirica | NTN | 10/2/81D |
| | Tag-along Cases | | | | |
| ~~B-7~~ C-1 | Mark Drugs, Inc., et al v. Bristol-Myers Co., et al 2544-70 | N.D. Ill 70C 1742 | Lynch | | 10/2/81D |
| C-2 | The State of New York, v. Bristol-Myers Co., et al 9/11/70 2964-70 | S.D. N.Y. 70 C 3849 | | 9/29/70 | 10/2/81D |
| C-3 | Medilen Drug Inc., et al v. Bristol-Myers Co., et al dismissed 7/19/73 | S.D. N.Y. 70 Civ 4139 | | | 776-71 |
| C-4 | Kutza Bros. Drugs, Inc., et al. v. Bristol-Myers Co., et al. 10/7/70 3355-70 | N.D. Ill. 70C 2247 | Decker | 10/23/70 | DIS 10/20/78 |
| C-5 | Sol S. Turnoff Drug Distributors, Inc. etc. v. Bristol-Myers Co., et al 3559-70 | E.D. Penn. 70-2702 | Lord | 11/24/70 | DIS 10/20/78 |
| C-6 | ~~City and County of San Francisco v. Bristol-Myers Co., et al~~ 11/6/70 Stipulated dismissal | ~~N.D. Calif 70-2339 WTS~~ | ~~Sweigert~~ | 11/27/70 | Refiled ... DIS |
| C-7 | Sol S. Turnoff Drug Distributors, Inc., etc. v. Beecham Group Ltd. 12/8/70 44-71 | N.J. No. 1537-70 | Whipple | 12/21/70 | DIS 10/20/78 |
| C-8 | The Commonwealth of Puerto Rico v. Bristol Myers Co., et al. 7/12/71 1577-71 | D. Puerto Rico 208-71 | | 7/28/71 | 10/2/81D 1577-71 |
| D-1 | State of Michigan v. Bristol-Myers Co., et al. 2/12/73 1238-73 | E.D. Mich. 39225 | Freeman | 3/26/73 | 1238-73 10/2/81D |

DOCKET NO. 50

p. 3

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

AMPICILLIN ANTITRUST LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| XYZ-1 | Texas v. Bristol-Myers, et al. | D. C. 2476-70 | | | 10/2/81 D |
| XYZ-2 | Massachusetts v. Bristol-Myers, et al. | 2174-70 | | | 10/2/81 D |
| XYZ-3 | Pennsylvania v. Bristol-Myers, et al. | 2371-70 | | | 10/2/81 D |
| XYZ-4 | Kansas v. Bristol-Myers, et al. | 2594-70 | | | 10/2/81 D |
| XYZ-5 | Arizona v. Bristol-Myers, et al. | 2683-70 | | | 10/2/81 D |
| XYZ-6 | Albert H. Kayne v. Bristol-Myers, et al. dismissed 1/8/73 | 2904-70 | | | |
| XYZ-7 | Minnesota v. Bristol-Myers, et al. | 3077-70 | | | 10/2/81 D |
| XYZ-8 | State of Iowa v. Bristol-Myers, et al. | 3221-70 | | | 10/2/81 D |
| XYZ-9 | State of Mississippi v. Bristol-Myers, ea | 3588-70 | | | 10/2/81 D |
| XYZ-10 | Alabama v. Bristol-Myers, et al. | 3589-70 | | | 10/2/81 D |
| XYZ-11 | Holy Redeemer Hospital v. Bristol-Myers, et al. dismissed | 338-71 | | 11/22/72 | |
| XYZ-12 | Ohio v. Bristol-Myers, et al. | 634-71 | | | 10/2/81 D |
| Xyz-13 | Nevada v. Bristol-Myers, et al. | 1322-71 | | | 10/2/81 D |
| XYZ-14 | City & Cty.=of San Francisco v. Birstol-Myers, et al. | 1366-71 | | | 10/2/81 D |
| XYZ-15 | Maciropa Cty. (Ariz.) v. B-My, et al. | 1367-71 | | | 10/2/81 D |
| ~~XYZ-16~~ | ~~[illegible]~~ | ~~[illegible]~~ | | | |
| XYZ-~~17~~ 16 | Virginia v. Birstol-Myers, et al. | 1874-71 | | | 10/2/81 D |
| XYZ-17 | State of Hawaii v. Bristol | 9-22-73 | | | 10/2/81 D |
| ~~[illegible]~~ | ~~[illegible]~~ | ~~[illegible]~~ | | | |
| | Medelen Drug Inc., et al. v. Bristol Myers Co. et al. dismissed 7/19/73 | 776-71 | | | |

3-15

DOCKET NO. 50 (CONTINUED) PAGE 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-18 | State of North Dakota v. Bristol-Myers Co., et al. | 2061-71 | | | | | 10/2/81 D |
| XYZ-19 | City of Memphis, Tennessee v. Bristol-Myers Co., et al. | 2062-71 | | | | | 10/2/81 D |
| XYZ-20 | State of Missouri v. Bristol-Myers Co., et al. | 2129-71 | | | | | 10/2/81 D |
| XYZ-21 | State of California v. Bristol-Myers Co., et al. | 2181-71 | | | | | 10/2/81 D |
| XYZ-22 | Curators of the University of Missouri v. Bristol-Myers Co., et al. | 2308-71 | | | | | 10/2/81 D |
| XYZ=23 | Mario de Modena/d/b/a The Apothecary Shop, et al. v. Bristol-Myers Co., et al. | 43-72 | Dismissal | | | 2/25/74 | |
| XYZ=24 | State of West Virginia v. Bristol Myers Co., et al. | 641-72 | | | | | 10/2/81 D |
| XYZ=25 | State of Wisconsin v. Bristol-Myers Co., ry al. | 1278-72 | | | | | 10/2/81 D |
| XYZ-26 | State of Kentucky v. Bristol-Myers Co., et al. | 1525-72 | | | | | 10/2/81 D |
| XYZ-27 | State of Washington v. Bristol-My | 1752-73 | | | | | 10/2/81 D |
| XYZ-28 | City & CO of SF v. Bristol-Myers | 3638-70 | | | | | 10/2/81 D |
| XYZ-29 | Colorado v. Bristol-Myers | 74-764 | | | | | 10/2/81 D |
| XYZ-30 | South Dakota v. Bristol-Myers | 74-1805 | | Verified by Clerk of Tr Court May 75 | | Transfer | 10/2/81 D 46 |
| XYZ-31 | Tennessee v. Bristol-Myers | 74-1821 | | | | [illegible] | 43 10/2/81 D 51 |
| XYZ-32 | Oregon v. Bristol-Myers | 74-1863 | | | | Dism | 10/2/81 D 6 |
| XYZ-33 | American Medicore v. Bristol-Myers | 75-0035 | [illegible] | 10/2 [illegible] | | | 10/2/81 D 53 |
| XYZ-34 | Rhode Island v. Bristol-Myers | 75-0624 | | 17-1-:16 | Order | Pending | 10/2/81 D |

JPML FORM 1 -- Continuation

DOCKET NO. 50 -- IN RE AMPICILLIN ANTITRUST LITIGATION -- P. 5

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-35 | Arkansas v. Bristol-Myers | 75-1697 | | | | 10/2/81 D | |
| XYZ-36 | District of Columbia v. Bristol Myers | D.C. | 79-2769 | | | 10/2/81 D | |

Verified correct July 1977 — Trid XYZ 16 / 45 = 61; Dis'd (9); Pending 52

Corrected July 1978

46 (1979)

July 1980 - 16 TR / 45 XYZ / 15 dis / 46 Pdg

July 1982 - 16 TR / 45 XYZ / 60 dis / 1 Pdg (A-5)

July 1983 - Same

Docket Closed 6/1/84

COUNSEL OF RECORD DOCKET NO. 50

**ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**DESCRIPTION OF LITIGATION**

AMPICILLIN ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Lee A. Freeman, Jr., Esq.<br>Freeman, Freeman & Salzman<br>Suite 3200<br>One IBM PLAZA, Chicago, Ill. 60611 | BRISTOL-MYERS COMPANY<br>Isham, Lincoln & Beale<br>1 First National Plaza<br>Chicago, Illinois 60670 |
| A-2<br>A-# | Robert K. Killian, Attorney General<br>State of Connecticut<br>State Office Building<br>Hartford, Connecticut<br><br>Kleinman, O'Neill, Steinberg & Lapuk<br>99 Pratt Street<br>Hartford, Connecticut 06103<br><br>Granvil I. Specks, Esquire<br>Perry Goldberg, Esquire<br>Friedman, Koven, Shapiro, Salzman, Koenigsberg, Specks & Homer<br>208 South La Salle Street<br>Chicago, Illinois 60604 | BEECHAM GROUP LIMITED<br>BEECHAM, INC.<br>Mayer, Brown & Platt<br>231 South LaSalle Street<br>Chicago, Illinois 60604 |
| A-3 | Same As A-2 (Granville I. Specks)<br><br>William C. Marchiondo, Esquire<br>McAtee, Marchiondo & Michael<br>315 Fifth Street, N.W.<br>Albuquerque, New Mexico<br><br>James A. Maloney, Esquire<br>Attorney General State of New Mexico<br>P. O. Box 2246<br>Santa Fe, New Mexico | |
| A-4 | Richard H. Stern, Esquire<br>Department of Justice<br>Antitrust Division<br>Washington, D. C. | BRISTOL-MYERS COMPANY<br>Joseph A. Fanelli, Esquire<br>Corcoran, Foley, Youngman & Rowe<br>1511 K. Street, N.W.<br>Washington, D. C. 20005 |
| A-5<br>A-6 | David I. Shapiro, Esquire<br>Thomas W. Mack, Esquire<br>Federal Bar Building, West<br>Washington, D. C. 20006 | BEECHAM GROUP LIMITED<br>BEECHAM, INC.<br>Steptoe & Johnson<br>1250 Conn. Ave., N.W.<br>Washington, D. C. 20036<br>Richard M. Whiting Esq. |

| No. | Plaintiff | Defendant |
| --- | --- | --- |
| A-7 | Stanley M. Grossman, Esquire<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Ave.<br>New York, New York 10017 | |
| A-8<br>A-9 | Same as A-5, A-6 (David I. Shapiro) | |
| B-1 | David Berger, Esq.<br>1622 Locust Street<br>Philadelphia, Penna. 19103 | Richard G. Schneider, Esquire<br>Dechert, Price & Rhoads<br>1600 Three Penn Center<br>Philadelphia, Pennsylvania 19102<br>For: BEECHAM GROUP LTD. & BEECHAM, INC. |
| B-2 | Earl Faircloth, Esq.<br>Attorney General of Florida<br>Capitol Bldg.<br>Tallahasee, Florida<br><br>John R. Barrett, Esquire<br>Barrett, Diliberto & Holober<br>Suite 200, Greater Miami Federal Bldg.<br>200 Southeast First Street<br>Miami, Florida 33131<br><br>Also same as (A-5) Shapiro & Mack | |
| B-3 | Pitney, Hardin & Kipp<br>570 Broad Street<br>Newark, New Jersey 07102 | ADDITIONAL COUNSEL FOR BRISTOL MYERS<br>Jerome C. Shapiro, Esq.<br>Hughes, Hubbard & Reed<br>1 Wall Street<br>New York, New York 10005 |
| B-4<br>B-5 | Sager & Burns<br>1406 Biscayne Building<br>19 West Flagler Street<br>Miami, Florida 33130 | B-3 ZENITH LABORATORIES<br>Simon & Allen<br>744 Broad Street<br>Newark, New Jersey 07102 |
| B-6 | John P. Meyer, Esquire<br>500 Bresee Tower<br>Danville, Illinois | ADDITIONAL COUNSEL FOR BEECHAM GROUP LIMITED AND BEECHAM, INC.<br>Robert F. Dobbin, Esquire<br>Shearman & Sterling<br>53 Wall Street<br>New York, New York 10005 |
| C-1 | Lawrence Walner<br>53 W. Jackson St.<br>Chicago, Ill. 60602<br><br>Schlifkin & Berman<br>134 N. LaSalle St.<br>Chicago, Illinois 60601 | Ankerfarm S.P.A. ~~ADDITIONAL COUNSEL (ZENITH LAB.)~~<br>Donald Horowitz, Esq.<br>Cummins, Cummins, Dunn, Horowitz, Rosner & Pashman<br>Court House Towers, 39 Hudson St.<br>Hackensack, N.J. 07601 |

DOCKET NO. 50

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| C-2 | Louis J. Lefkowitz<br>Attorney General<br>80 Centre St.<br>New York 13, N.Y.<br>Attn: Samuel A. Hirschowitz<br>Asst. Atty. Gen. | ADDITIONAL COUNSEL FOR AMERICAN HOME PRODUCTS CORPORATION<br>Mark F. Hughes, Esq.<br>Willkie, Farr & Gallagher<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| C-3 | Emil Greenberg<br>50 Court St.<br>Brooklyn, New York 11201 | |
| C-4 | Harry Rebenstein, Esquire<br>11 South LaSalle<br>Chicago, Illinois 60603 | |
| C-5 | Seymour Kurland, Esq.<br>Judah I. Labovitz, Esq.<br>Wolk, Block, Schorr & Solis-Cohen<br>12th Floor Packard Blgd.<br>Philadelphia, Pennsylvania 19102 | |
| C-6 | Thomas M. O'Connor, Esq.<br>Milton H. Mares<br>Patrick R. Kelly<br>206 City Hall<br>San Francisco, Calif. 94102 | |
| XXX | Timothy J. Sweeney<br>132 State Judicial Bldg.<br>40 Capitol Square<br>Atlanta, Ga. 30334 | |
| C-7 | Leonard J. Felzenberg, Esq.<br>Roskein, Kronisch & Felzenberg<br>17 Academy St.<br>Newark, New Jersey 07102<br>(Also Same as C-5, Kurland, Esq.) | |

| No. | Plaintiff | Defendant |
|---|---|---|
| C-8 | Blas C. Herrero, Esq.<br>Attorney General<br>Deptatment of Justice<br>San Juan, Puerto Rico | |
| D-1 | Harold E. Kohn, Esq.<br>1700 Market St.<br>Philadelphia, Penna.<br><br>Jerry S. Cohen<br>1776 K Street, N.W.<br>Washington, D. C. 20006 | |